Aksana M. Coone, Esq. (SBN 190125)
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9650
Facsimile: (310) 954-9008
Email: aksana@coonelaw.com

Attorneys for Plaintiff,
BEVERLEY GERSHKOVITCH

Lisa M. Conner (SBN 167903)
lisac@fdw-law.com
Alisa Manasantivongs (SBN 260227)
alisam@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Tel: (562) 435-2626
Fax: (562) 437-7555

Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLEY GERSHKOVITCH<br><br>Plaintiff,<br><br>Vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | **Case No.: CV 19-1543-GW-SKx**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Steve Kim |

# **ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2. Each party is to bear its/her own fees and costs;

**IT IS SO ORDERED.**

Dated: January 24, 2020  _____
HONORABLE HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE